IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-291-D

| | |
|---|---|
| ROBERT JOSEPH MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRITTANY WOODS HOMEOWNERS ) | |
| ASSOCIATION, INC., and TALIS ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Defendants. ) | |

The court has considered plaintiff's motion for entry of default [D.E. 17], plaintiff's motion to strike defendants' answer to the complaint [D.E. 19], and defendants' responses [D.E. 22, 26].

Plaintiff's motions lack merit. See [D.E. 22] 3–6; [D.E. 26]. Thus, plaintiff's motions [D.E. 17, 19] are DENIED.

SO ORDERED. This __3__ day of December 2018.

JAMES C. DEVER III
United States District Judge