UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT J. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-291-D** |
| ) | |
| BRITTANY WOODS HOMEOWNER'S ) | |
| ASSOCIATION, INC, and TALIS ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for judgment on the pleadings [D.E. 29].

**This Judgment Filed and Entered on May 14, 2019, and Copies To:**

| | |
|---|---|
| Robert J. Morgan | (Sent to 6804 Daltrey Court Raleigh, NC 27613 via US Mail) |
| Philip Alan Collins | (via CM/ECF electronic notification) |

DATE:                                         PETER A. MOORE, JR., CLERK

May 14, 2019                              (By) /s/ Nicole Sellers
                                                          Deputy Clerk